

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
05/15/2008

In Re:                                     )        Case No. 97-43899-H3-7
    Outdoor Displays, Inc.         )
                                   )        #221
            Debtor(s)              )

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court finds that in the amount of **$2,247.54** constituting unclaimed funds due to **Richard Wilkie** by reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Southern District of Texas pay this unclaimed money to the order of:

**Richard Wilkie**
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

Dated: MAY 1 5 2008

_____
Bankruptcy Judge
Southern District of Texas