IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**IN RE:** OUTDOOR DISPLAYS INC
**DEBTOR:**　　　　　　　　　　　　　　　　**CASE NO.** 97-43899-H3-7

# NOTICE OF HEARING

<u>**NOTICE IS HEREBY GIVEN THAT**</u> a **HEARING** in said cause is **SCHEDULED** for <u>NOVEMBER 18, 2009 at 10:45 A.M.</u> in **HOUSTON**, 515 Rusk Ave., 4th Floor, Courtroom 401 to consider and act upon the following:

MOTION TO PAY UNCLAIMED FUNDS  (#237)

Said <u>MOTION</u> may be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: OCTOBER 28, 2009　　　　　　　　BY: *Maria Rodriguez*